UNITED STATES DISTRICT COURT
District of Maine

| DANIEL L. CHASE, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No. 2:17-cv-00427-GZS |
| LEIGH I. SAUFLEY, et al., | ) |
| Defendants | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISIONS OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 30, 2018 and February 9, 2018, his Recommended Decisions (ECF Nos. 50 and 58) respectively. Defendant filed an Objection to the Recommended Decisions (ECF Nos. 60 and 61) on February 21, 2018 and February 22, 2018, respectively.

I have reviewed and considered the Magistrate Judge's Recommended Decisions, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decisions; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decisions, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decisions of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motions for Injunctive Relief (ECF Nos. 15, 17, 19, and 25) are hereby **DENIED**.

3. It is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF No. 21) is hereby **GRANTED**.

/s/George Z. Singal
U.S. District Judge

Dated this 14th day of March, 2018.